FILED
U.S. District Court
District of Kansas

DEC 2 2 2025

Clerk, U.S. District Court
By _____SMH_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Karen Michelle Fusilier )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s) )

vs.

City of Wichita WPD )
Name )
455 N Main )
Street and number )
Wichita KS 67202 )
City        State        ZipCode )

Case Number 6:25-cv-1292-JWB-GEB

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.    Name of plaintiff Karen Michelle Fusilier
      Address 401 Fieldstone
      Valley Center, KS 67147

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant Edward Brower _____ is

employed at City of wichita KS WPD
455 N Main St wichita, KS 67202

C. Additional Defendants Corrie MCCLUSKey #C2473
Justin Woody #C2605
Mario ocon #C2888 DaRLENe ZErr #C1979

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

    1. Plaintiff is a citizen of the State of Kansas .

    2. The first-named defendant above is either

        a. a citizen of the State of Kansas ; or

        b. a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

    3. The second-named defendant above is either

        a. a citizen of the State of Kansas ; or

        b. a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

Landon ERick # C1869

Valerie shirkey # # 1831

Roberts Dalton # C2759

Ryan snyder # C2191

Douglas cook # 2121

Bart Brunscheen # C1674

Roth Trenton # C2628

Rex Leffew # C2063

Lisa Urbina # V1438

Thomas shawn # C2633

Holly cash # C2116

Macy Trevor # C2618

Lugo magnum # V1426

Marlon Wolclock WPD

Brett Johnson

Robin Karp/null
1313 state st
Larned KS 67556

Sam Keptfield
107 E 16th st
hutchinson, KS
67501

Kyle Perry usm 401 N market wichita, KS
67205

JEFF EASTER 525 N Main wichita KS
67205

Crystal Schell WPD

Jason Bartel WPD

B.    (If applicable)   Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1.    This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article _4/2_, Section _4/2_ ;USC _1985_ Statute, US Code, Title_____, Section_____.

☐ 2.    This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3.    Other grounds (specify and state any statute which gives rise to such grounds):

Fith Amendment
Fourteenth Amendment
Violated
Fourth Amendment

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.   State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).   Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

The Wichita KanSas have Violated
my Civil Rights under
Fourth Amendment
Fith Amendment
Fourteenth Amendment
Atempted Murder WPD 4-2022

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make legal arguments.)

3

$1,500,000

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒   No ☐

VI. Do you claim actual damages for the acts alleged in your complaint?
Yes ☒   No ☐

VII. Do you claim punitive monetary damages?  Yes ☒   No ☐


If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

$1,500,000
For civil Rights Violations
under The color of Law
Attempted murder and curroptness
Hippa Violations False Arrests,

4

VIII.    Administrative Procedures:

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐    No ☒

B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____

_____

_____

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☐    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Karen Fusilier*
Signature of Plaintiff

*Karen M Fusilier*
Name (Print or Type)

*401 Field Stone*
Address
*Valley Center, KS*
*67147*

5

Valley Center Ks 67147
City                 State              Zip Code

316 730 4711
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [X] Wichita,    [ ] Kansas City, or    [ ] Topeka} , Kansas as the
                                              (Select One)

location for the trial in this matter.

Karen Fusilier
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury {    [X] Yes or    [ ] No    }
                                              (Select One)

Karen Fusilier
Signature of Plaintiff

Dated: 12-22-2025
(Rev. 10/15)

6